# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF THE DOMAIN NAME,<br><br>**toknowall.com** | ) <br> ) <br> ) WARRANT OF SEIZURE *IN REM* <br> ) PURSUANT TO 18 U.S.C. §§ 1030(i) <br> ) AND 1030 (j) AND 21 U.S.C. §§ 853(e) <br> ) AND 853(f) AND SEALING ORDER <br> ) <br> ) <br> )   Magistrate No. 18-665 <br> )   **[UNDER SEAL]** |

## WARRANT OF SEIZURE AND SEALING ORDER

TO: VERISIGN, INC., 12061 BLUEMONT WAY, RESTON, VA ("REGISTRY")

ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An Affidavit having been made before me by MICHAEL J. McKEOWN, a Special Agent with the Federal Bureau of Investigation, United States Department of Justice, that he has reason to believe that the above-captioned domain name is subject to seizure and criminal forfeiture pursuant to 18 U.S.C. §§ 1030(i) and 1030(j) and 21 U.S.C. §§ 853(e) and 853(f), and as I am satisfied that there is probable cause to believe that the property so described is subject to seizure and criminal forfeiture pursuant to 18 U.S.C. §§ 1030(i) and 1030(j) and 21 U.S.C. §§ 853(e) and 853(f);

YOU ARE HEREBY COMMANDED AND AUTHORIZED to seize, within fourteen (14) days of the date of the issuance of this warrant, by serving a copy of this Seizure Warrant and Order, upon the REGISTRY, the domain name described below pursuant to the seizure procedure contained in Attachment A to this Seizure Warrant and Order:

**toknowall.com**

YOU ARE FURTHER COMMANDED AND AUTHORIZED to prepare a written inventory of the property seized and promptly return this Seizure Warrant and Order and inventory before this Court as required by law.

THE REGISTRY IS HEREBY COMMANDED to comply with all terms of this Seizure Warrant and Order pursuant to the seizure procedure set out in Attachment A to this Seizure Warrant and Order pending further order of the Court.

THE COURT FINDS that there is reason to believe that notification of the existence of this Seizure Warrant and Order will result in destruction or tampering with evidence and flight from prosecution, or otherwise will seriously jeopardize an ongoing investigation. Accordingly, it is ordered that this Seizure Warrant and Order, including Attachment A to the Warrant, and the Affidavit upon which it was issued, be filed under seal, except that the Government may without further order of this Court serve the Seizure Warrant and Order on the REGISTRY; provide copies of the Affidavit or Seizure Warrant and Order as need be to personnel assisting the Government in the investigation and prosecution of this matter; and disclose these materials as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

Dated: May 22, 2018

_____
HONORABLE LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

(Seizure Warrant and Order to VeriSign, Inc.)

I. **SEIZURE PROCEDURE**

The seizure warrant will be presented in person or transmitted via facsimile or email to personnel of the registry identified in Section II (the "SUBJECT REGISTRY"). Upon seizure of the domain identified in Section III below (the "**SUBJECT DOMAIN NAME**"), the SUBJECT REGISTRY will take all steps necessary to restrain and lock the domain at the registry level to ensure that changes to the **SUBJECT DOMAIN NAME** cannot be made absent a court order, or if forfeited to the United States Government, without prior consultation with the Federal Bureau of Investigation. All name server fields will be changed to reflect the two domain names listed in this Section below and the SUBJECT REGISTRY is directed to change the authoritative name servers for the **SUBJECT DOMAIN NAME** to the following two domain names:

**jocelyn.ns.cloudflare.com**

**plato.ns.cloudflare.com**

II. **THE SUBJECT REGISTRY**

VeriSign, Inc.
12061 Bluemont Way
Reston, Virginia 20190

III. **THE SUBJECT DOMAIN NAME**

**toknowall.com**