IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEIZURE OF:

DOMAIN NAME: toknowall.com

Magistrate's No. 18-665

## MOTION TO UNSEAL SEIZURE WARRANT

AND NOW comes the United State of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Charles A. Eberle, Assistant United States Attorney for said district, and sets forth the following:

On May 22, 2018 a Seizure Warrant was issued in the above-captioned case.

The Seizure Warrant, Affidavit and Return were then ordered sealed pending seizure of the above-captioned domain.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Seizure Warrant, Affidavit and Return, due to the fact that the Seizure Warrant has been executed, and there is no further need for the Seizure Warrant, Affidavit and Return to remain sealed.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: *s/ Charles A. Eberle*
CHARLES A. EBERLE
Assistant U.S. Attorney
PA ID No. 80782